IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

PHILANDER BUTLER,
    Plaintiff,

v.

                              Civil No. 04-2205 D/P

UNITED STATES OF AMERICA,
    Defendant.

## ORDER AND JUDGMENT

This matter came before the Court for pretrial conference on July 18, 2005. After consultation with the parties, the Court determined that there were no disputed issues of fact and that a trial is therefore unnecessary.

In a previous order, the Court determined that the only issue in this case was whether the plaintiff was entitled to a transcript of Andre Johnson's July 30, 1999 re-sentencing hearing. It is the judgment of the Court that the Plaintiff is entitled to that transcript, which shall be provided at government expense. The court reporter shall prepare the transcript and mail it to Mr. Butler, Reg. #16665-076, USP Pollock, P.O. Box 2099, Pollock, LA 71467.

It is further ordered that all other pending motions, including the Plaintiff's petition for writ of *habeas corpus ad testificandum*, are denied as moot.

                                          Bernice B. Donald
                                          United States District Judge

Date: July 22, 2002

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _____

FILED BY _____ D.C.
05 JUL 22 PM 3: 35
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02205 was distributed by fax, mail, or direct printing on July 28, 2005 to the parties listed.

---

William W. Siler
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Philander Butler
USP-POLLOCK
16665-076
P.O. Box 2099
Pollock, LA 71467

Honorable Bernice Donald
US DISTRICT COURT